### 15667. HAGAN v. THE STATE.

LUKE, J. The evidence was conflicting, but the jury, as shown by the verdict, accepted the testimony of the prosecutor, and the verdict has the approval of the trial judge. The several assignments of error upon excerpts from the charge of the court, and the special assignments of error because of the court's failure to charge as complained of, in the light of the charge when read in its entirety, are without merit. The defendant has had a legal trial, and for no reason pointed out in the record was it error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Conviction of assault with intent to murder; from Pike superior court—Judge Searcy. May 3, 1924.

*W. Y. Allen, E. F. Dupree, W. O. Cooper Jr.,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.

---

### 15668. DENNY & Co. v. GUNN.

BLOODWORTH, J. 1. As far as they present any questions in such manner as requires a consideration by this court, there is no merit in any of the special grounds of the motion for a new trial.

2. In the brief of the plaintiff in error the general grounds of the motion for a new trial are not insisted upon; and the court committed no error when it overruled the motion.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 7, 1924.

Complaint; from city court of Houston county—Judge Riley. May 10, 1924.

*Brown & Brown,* for plaintiffs in error.

*Duncan & Nunn,* contra.